UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONY JACKSON, individually and on behalf of all others similarly situated,

          Plaintiffs,

- against -

MADISON SECURITY GROUP, INC.,

          Defendant.

21-cv-8721 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiffs filed an affidavit of service indicating that the defendant was served on November 18, 2021. ECF No. 8. The defendant's answer was due by December 9, 2021. The time for the defendant to answer is extended to **February 4, 2022**. If the defendant fails to respond to the complaint by that date, the plaintiffs may seek a default judgment.

The conference scheduled for January 26, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
            January 19, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge