# CERVINI SWANSON LLP

*COUNSELORS AT LAW*

420 LEXINGTON AVENUE
SUITE 2250
NEW YORK, NEW YORK 10170

212.931.5600 OFFICE
212.931.5501 FAX
WWW.CSLLPLAW.COM

March 23, 2022

**BY ELECTRONIC FILING**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

3/24/22

John G. Koeltl, U.S.D.J.

Re:   *Jackson v. Madison Security Group Inc.*
      **Case No. 1:21-CV-08721 (JGK)**

Dear Judge Koeltl:

This firm represents defendant Madison Security Group Inc. ("**Madison**" or "**Defendant**") in the referenced class action (the "**Action**") commenced plaintiff by Antony Jackson ("**Plaintiff**"). This letter is respectfully submitted pursuant to the Court's individual practices to request a brief adjournment of the briefing schedule for Defendant's upcoming Motion to Dismiss (the "**Motion**").

As provided in the Court's scheduling order dated February 18, 2022, Defendant is currently required to file its Motion on or before March 28, 2022, with Plaintiff to file opposition documents on or before April 29, 2022 and Defendant to file reply documents on or before May 13, 2022. To accommodate the responsible attorney for Defendant, who is unexpectedly out of the office due to illness, Defendant respectfully requests that each of the aforementioned briefing deadlines be extended by one (1) week – with the Motion to be filed on or before April 4, 2022, opposition documents to be filed on or before May 6, 2022, and reply documents to be filed on or before May 20, 2022. Counsel for Plaintiff has consented to this request. Further, no prior request for such an extension has been made by any party to the Action.

Thank you for your attention to this matter.

Respectfully,

/s/ Joseph P. Cervini
Joseph P. Cervini, Jr.

cc (via ECF):

Fitapelli & Schaffer, LLP
28 Liberty Street
New York, New York 10005
Attn:   Frank Mazzaferro and Brian Schaffer