UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY JACKSON,

                Plaintiff,          21-cv-8721 (JGK)

    - against -               ORDER

MADISON SECURITY GROUP, INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for the evidentiary hearing described in this Court's September 28, 2022 Memorandum Opinion and Order, ECF No. 30, on **December 20, 2022**, at **2:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
            September 30, 2022

                                        John G. Koeltl
                                 United States District Judge