UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY JACKSON,

                Plaintiff,

   - against -

MADISON SECURITY GROUP, INC.,

                Defendant.

21-cv-8721 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should pre-mark all documents to be used at the evidentiary hearing to be held on January 31, 2023. The parties should exchange those documents and provide the Court with courtesy copies of the exhibits together with the exhibit lists indicating, with a single asterisk, those exhibits that the parties agree are authentic, and a double asterisk for those documents the parties concede are admissible in evidence. The parties should also exchange witness lists. The parties should make their submissions to the Court by **January 26, 2023**.

SO ORDERED.

Dated:    New York, New York
          January 19, 2023

                                          John G. Koeltl
                                   United States District Judge